UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEB-MICHAEL HARMON

    Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Defendant.

C.A. No. 14-1926 (RC)

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff John Michael Harmon and Defendant United States Environmental Protection Agency hereby settle the above entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA") on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant shall pay a total sum of $5,000.00 (five thousand dollars) in attorneys' fees and costs to Plaintiff.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaints filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

4. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into

by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6. This Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

7. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Any and all remaining issues are waived.


/s/ _____
**Christopher Cochran Horner**
LAW OFFICE OF CHRISTOPHER C. HORNER
1489 Kinross Lane
Keswick, VA 22947
(202) 262-4458
Fax: (434) 202-1237
Email: chornerlaw@aol.com


*Counsel for Plaintiff*


 VINCENT H. COHEN, JR. D.C. Bar # 471489
 United States Attorney
 for the District of Columbia

 DANIEL F. VAN HORN, Bar # 924092
 Chief, Civil Division

/s/ *Alexander D. Shoaibi*
ALEXANDER D. SHOAIBI, Bar #423587
Assistant United States Attorney
Civil Division,
Office of United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 307-0821
Alexander.d.shoaibi@usdoj.gov

*Counsel for Defendants*

Case 1:14-cv-01926-RC   Document 10   Filed 06/10/15   Page 4 of 4